

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2015

No. 04-15-00222-CV

**IN THE ESTATE OF CARLOS AGUILAR, DECEASED,**
Appellant

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2012-PB4-000048-L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Sitting:  Marialyn Barnard, Justice
      Rebeca C. Martinez, Justice
      Patricia O. Alvarez, Justice

The panel has considered the appellee's motion to reconsider, and the motion is DENIED.

It is so **ORDERED** on July 22, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk of Court